IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BILLY TYLER,** | ) | **8:14CV328** |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **BAZIS, County Court judge Douglas County and all Judges of such court,** | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. Plaintiff filed a Notice of Appeal (Filing No. 8) on March 2, 2015. Plaintiff appeals from the Court's Memorandum and Order dated February 11, 2015 (Filing No. 6), in which the court dismissed this matter without prejudice.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

> (a) Leave to Proceed in Forma Pauperis . . .
> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
>> (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The Court finds that because Plaintiff proceeded in forma pauperis in the district court, he may now proceed on appeal in forma pauperis without further authorization. Accordingly,

IT IS ORDERED:

1. Plaintiff may proceed in forma pauperis on appeal; and

2. The Clerk of the Court is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 3rd day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge