## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BILLY TYLER,** | ) | **8:14CV328** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **BAZIS, County Court judge Douglas** | ) | |
| **County and all Judges of such court,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 13). The Court determined Plaintiff could proceed in forma pauperis on appeal in a previous order (*see* Filing No. 10). Accordingly,

IT IS ORDERED: Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 13) is denied as moot.

DATED this 11th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge